MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry

Debtor: Scott Michael Fabozzi

Chapter 7 Case No. 08-44633

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Macy's Retail Holdings, Inc.<br>TSYS Debt Management, Inc.<br>P.O. Box 137<br>Columbus, GA 31902-0137 | 3 | 421.59 | 3.88 |
| Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | 8 | 304.92 | 2.81 |
| US Bank, N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | 9 | 517.40 | 4.76 |

11.45

Dated: August 3/, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Fabozzi\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

August 31, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Scott Michael Fabozzi
      BKY No. 08-44633

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $11.45 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:   United States Trustee

*RECEIVED 10 SEP -3 AM 9:28 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*